# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

KENNETH MEADOR, as the Personal
Representative of the Estate of PAULA
MEADOR, and THOMAS MEADOR,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 4:22-cv-40024-DJC

## MOTION FOR PARTIAL SUMMARY JUDGMENT
## ON APPLICABILITY OF M.G.L. Ch. 231 § 85K

Defendant, the United States of America, by and through its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, hereby moves for partial summary judgment on its claim that it is covered by the Massachusetts charitable corporation tort cap statute, M.G.L. ch. 231 § 85K. A memorandum in support is filed herewith.

Because the United States is substituted for individual federal employees under a *respondeat superior* theory and the Federal Tort Claims Act's limited waiver of sovereign immunity, and federal courts have consistently interpreted the Act's language to mean that the sovereign is analogous to a private employer rather than an individual employee, the Massachusetts statute applies in this case.[1]

---

[1] The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and § 2401(b), 2671-80 ("FTCA").

For the foregoing reasons, as more fully explained in the accompanying Memorandum in Support, the Court should grant Defendant United States' Partial Motion for Summary Judgment on the applicability of the Massachusetts charitable liability cap to the United States, limiting Plaintiff's recovery to no more than $100,000.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:    */s/ Thomas E. Kanwit*
Date: October 3, 2022          Thomas E. Kanwit
                               Assistant United States Attorney
                               United States Attorney's Office
                               1 Courthouse Way, Suite 9200
                               Boston, MA 02210
                               (617) 748-3271
                               thomas.kanwit@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1, I have conferred with counsel for Plaintiff and Co-Defendant in an effort to resolve the matters presented herein.

*/s/ Thomas E. Kanwit*
                               Thomas E. Kanwit
Dated: October 3, 2022          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: October 3, 2022

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit
Assistant United States Attorney