UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH MEADOR, as Personal Representative of the Estate of PAULA MEADOR, and THOMAS MEADOR,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 4:22-cv-40024-DJC |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER TEMPORARY SEAL**

Pursuant to Local Rule 7.2(c) Plaintiffs request leave to file three exhibits in support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment under temporary seal. The opposition is due today and due to the unavailability of the Assistant Attorney General assigned to this case, the parties have not been able to work out this matter in advance. As grounds Plaintiffs state:

1. Plaintiffs' Opposition to the United States' Motion for Partial Summary Judgment, ECF 21 is due on November 9, 2022. Plaintiff intends to file in support of its opposition, three exhibits produced by the United States.

2. Pursuant to the parties' confidentiality agreement, the parties agreed that neither side would file any document produced in this litigation, without first

conferring as to whether either party believed there was good cause to seal it. In case of failure to reach agreement, the parties would submit the issue to the court.

3. Plaintiffs yesterday transmitted by email to Assistant United States Attorney Thomas E. Kanwit three documents that they intend to file in support of their opposition, for the purposes of determining whether the United States saw good cause to seal or redact the documents. Plaintiffs believe that these documents do not contain confidential or sensitive information.

4. Plaintiffs have not yet received a reply to their email, nor to a further email sent today nor to a voicemail.

5. Plaintiffs see no good cause to seal the documents they wish to file, particularly in connection with a dispositive motion. Plaintiffs, however, are compelled to honor their agreement with the United States. Accordingly, they seek leave to file the confidential documents under a temporary seal. Plaintiffs believe that once they are able to confer with the Assistant United States Attorney, a resolution to the confidential status of the documents can be readily worked out.

6. Plaintiffs desire to keep the case on schedule and file their opposition and supporting material as planned today by 6pm.

7. Plaintiffs are prepared to transmit copies of the three exhibits in question to the Court by dropbox.

WHEREFORE, Plaintiffs respectfully request that the Court:

A. Grant Plaintiffs leave to file three documents produced by the United States to Plaintiffs under seal, while also setting an appropriate deadline by which the United States must provide good cause for the documents to remain sealed.

Respectfully Submitted

GREENE LLP
By: */s/ Eugenie Reich*
Thomas M. Greene (BBO #210020)
Michael Tabb (BBO #491310)
Eugenie Reich (BBO #703853)
One Liberty Square, Suite 1200
Boston, MA 02109
(617) 261-0040
tgreene@greenellp.com
matabb@greenellp.com
ereich@greenellp.com

*Counsel for Plaintiffs*
Kenneth Meador and Thomas Meador

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1, I have attempted to reach the Assistant United States Attorney assigned to this matter, in an effort to resolve the matter presented herein, but was unable to reach him.

Dated: November 9, 2022

*/s/ Eugenie Reich*
Eugenie Reich

**CERTIFICATE OF SERVICE**

I, Eugenie Reich, hereby certify that the foregoing Motion was filed through the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

Dated: November 9, 2022         */s/ Eugenie Reich*
                                Eugenie Reich